IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Troy James Park, | : | |
| Plaintiff | : | Civil Action 2:10-cv-00504 |
| v. | : | Judge Graham |
| Columbus Veterans Hospital, | : | Magistrate Judge Abel |
| Defendant | : | |

**ORDER**

Plaintiff Troy James Park brings this action alleging that defendant provided him with poor medical care. This matter is before the Court on Magistrate Judge Abel's June 7, 2010 Report and Recommendation on Initial Screening that the complaint should be dismissed because it does not allege subject matter jurisdiction and it fails to give fair notice of the claim. Rule 8(a), Fed. R. Civ. P.; *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955, 1964 (2007). No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation. The Clerk of Court is DIRECTED to enter JUDGMENT dismissing the complaint for failure to allege subject matter jurisdiction and failure to give fair notice of the claim.

<u>S/ James L. Graham</u>
James L. Graham
United States District Judge

Dated: July 13, 2010